IN THE SUPREME COURT OF TEXAS

 No. 04-0899

 NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AIG TECHNICAL
 SERVICES, INC., AMERICAN HOME ASSURANCE COMPANY, AND THE INSURANCE COMPANY
 OF THE STATE OF PENNSYLVANIA
 v.
 ULTRAMAR, INC., DIAMOND SHAMROCK REFINING AND MARKETING COMPANY, ULTRAMAR
 ENERGY, INC., AND ULTRAMAR LIMITED

 On Petition for Review

ORDERED:

 1. Petitioners' emergency motion for stay of trial pending
resolution of interlocutory appeal, filed July 25, 2005, is granted.

 Done at the City of Austin, this August 17, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk